IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EDRICK FULLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | Civil Action No. 3:22-CV-1289-D |
| VS. | § | |
| | § | |
| CIG FINANCIAL LLC, et al., | § | |
| | § | |
| Defendants. | § | |

## JUDGMENT

For the reasons set out in an order filed today, it is ordered and adjudged that this action is dismissed without prejudice as to defendant Julius Sims ("Sims").

Plaintiff and Sims shall bear their own taxable costs of court.

Pursuant to Fed. R. Civ. P. 54(b), the court expressly determines that there is no just reason for delay and directs the clerk of court to enter this as a final judgment.

Done at Dallas, Texas March 29, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE