IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **Edrick Fuller,** § | |
| § | |
| Plaintiff, § | |
| § | |
| § | |
| v. § | |
| § | |
| **CIG Financial, LLC, a California** § | **CIVIL ACTION NO. 3:22-CV-1289** |
| **Limited Liability Company; The Car** § | |
| **Source, LLC, d/b/a Hide And Seek** § | |
| **Recovery, Individually, and as Agent,** § | |
| **Apparent Agent, Servant, and/or** § | |
| **Employee of CIG Financial with Julius** § | |
| **Sims The Repossession Agent, as Agent,** § | |
| **Apparent Agent, Servant, and/or** § | |
| **Employee Of Hide And Seek Recovery,** § | |
| § | |
| Defendants. § | |

**APPENDIX IN SUPPORT OF**
**DEFENDANT CIG FINANCIAL, LLC'S MOTION FOR SUMMARY JUDGMENT**

In support of Defendant CIG Financial, LLC's Motion for Summary Judgment being filed simultaneously herewith, Defendant files this appendix, which contains the exhibits referenced in the motion.

| "Bates" Number of First Page | Exhibit Number | Name of Exhibit |
|---|---|---|
| 1 - 4 | A | Unsworn Declaration of CIG's Corporate Representative |
| 5 - 11 | A-1 | The Note executed by the Plaintiff |
| 12 - 13 | A-2 | Plaintiff's Payment History |
| 14 - 16 | A-3 | Plaintiff's Loan Comment Report for December 31, 2019 |
| 17 - 59 | B | The oral deposition of Plaintiff Edrick Fuller |
| 60 - 197 | C | A true and correct copy of Plaintiff's responses to CIG's First Set of Request for Production |

| "Bates" Number of First Page | Exhibit Number | Name of Exhibit |
|---|---|---|
| 198-202 | D | A true and correct copy of Plaintiff's Initial Disclosures |

Respectfully submitted,

**THOMPSON, COE, COUSINS & IRONS, L.L.P.**

By: _/s/Farrah Ahmed_____
Farrah I. Ahmed
State Bar No. 24071934
fahmed@thompsoncoe.com

700 N. Pearl Street, 25th Floor
Plaza of the Americas
Dallas, Texas 75201
Telephone:  (214) 871-8200
Facsimile:  (214) 871-8209

**ATTORNEY FOR DEFENDANT
CIG FINANCIAL LLC**

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 11, 2023, electronically filed this document with the U.S. District Court for the Northern District of Texas and, through the electronic filing system, a copy of the foregoing document was served on the following counsel and parties of record:

Edrick Paul Fuller
1906 Berwick
Dallas, Texas 75203
Email: edrickfuller@my.untdallas.edu
*Pro-se Plaintiff*

Hessam Parzivand
The Parzivand Law Firm, PLLC
10701 Corporate Dr., Suite 185
Stafford, Texas 77477
Email: hp@parzfirm.com
*Attorney for Defendant The Car Source LLC*

       */s/Farrah Ahmed*_____
       Farrah I. Ahmed, Esq.