IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS,
DALLAS DIVISION

| | | |
|---|---|---|
| EDRICK FULLER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No.: 3-22-cv-1289-D |
| | § | |
| CIG FINANCIAL, LLC, AND THE CAR | § | |
| SOURCE, LLC d/b/a "HIDE AND SEEK | § | |
| RECOVERY," | § | |
| | § | |
| Defendants. | § | |

## RESPONSE TO DEFENDANTS THE CAR SOURCE MOTION FOR  SUMMARY JUDGEMENT

## INTRODUCTION

On December 31, 2019, between 5:30-6:30 am in the morning, still dark outside, getting ready to leave for work, the vehicle was parked in the driveway on private property at Edrick's home address. Defendants Repossession Agent Julius Sims backed a tow truck up in the driveway and began to hook the vehicle up. Plaintiff noticed the vehicle being lifted and began to blow the horn letting him know that he was in the vehicle. . The Repossession agent, without lowering the vehicle, got out of the tow truck and informed that he was taking the truck. Plaintiff told him that I had started to repay and that they were informed that he would get paid at the end of the month which is when he could make the payments. Plaintiff told Julius

Sims that he was not taking the vehicle because he had started back paying, and that they needed to talk to CIG who opens at 8:00 am to get matters straight so he could pay and Julius Sims could release the vehicle. Julius Sims agreed to wait, but he did not release the vehicle from its position in the air, nor did he turn his heavy fume-emitting diesel engine tow truck off. We waited 2 and a half hours. 18. On said Date, from around 5:30 am (dark) through 8:00am (daylight) when CIG opened, we waited with the vehicle hoisted in the air with his tow truck motor running. By this time the neighbors had started to come out and see the dispute and started recording it also. Plaintiff's Mother, Father and neighbors were all outside witnessing and recording the commotion. 20. At 8:00am Plaintiff called CIG and spoke with Esmeralda Chavez who was in charge of Edricks account. I informed her of what was happening and that I wanted to pay my note so that their agent could release the vehicle and I could leave for work. She refused payment and said I needed to pay the full behind balance owed in order to release the vehicle. Edrick tried to see if he could come up with more than what I had, so I ended the call and he made some quick phone calls and was only able to get another 800 that someone had promised to give me days before. I called her back and the 1200 was refused and she proceeded to tell Plaintiff to get out of (her) vehicle so her agent could tow it in a very unprofessional manner which changed the tone of the whole conversation. I informed her that she sent him a notice to start back making

payments to avoid charge off, which was done. She still continued to refuse payment. 21.Plaintiff informed her that she could not repossess a vehicle that I was paying on, and that Julius Sims had already broken the law by having me up in the air and not releasing the vehicle for almost 4 hours when I told him not to take it in the beginning. Now the neighbors are outside looking at all the commotion. The call ended. Plaintiff told Julius Sims to lower and release the vehicle, that he was not going to turn it over to him because he was able to make my payments and that he waited to compromise, but now he had to leave for work that he was already late for. And that he would settle the issue later. Julius Sims refused and got on the phone with his bosses and Esmeralda Chaves. Julius Sims then returns to Edricks driver window handing me the phone with Esmeralda Chavez on the other end. She continued to scream at me to get out of (her) vehicle so her (Agent) could tow it. Those were her exact words, again Edrick refused and told her Agent to release the vehicle. Edrick handed him back his phone and Julius Sims went back to his tow truck as if to comply. Julius Sims the Repossession Agent returned to the driver's window where Edrick was seated with the phone up to his ear talking to Esmeralda and said could he just give him the vehicle and for him to go and find something else and let this one go. Edrick told him no and once again to release the vehicle so he could leave. He looked at Edrick and said, "So you're not going to get out of the vehicle?" Edrick said no, and he asked again, "So you're not going to get out of the

vehicle?" He asked both times in a do it or else manner, while holding the phone to his ear. After Edrick said no again, he started walking to his tow truck with an angry fast pace, which made Edrick become alert when he connected his movements with the do it or else questions, to trouble brewing. Julius Sims then gets into his tow truck, proceeds to lift the Vehicle up higher and takes off out the driveway as if he punched the gas, which caused a strong Jerk of the vehicle on the tow with Edrick inside. With the fear of losing his life and with his life no longer in his control, because Julius Sims now had taken control of his life, the only thing Edrick could do at the moment was brace and start blowing the horn telling him to stop with his mother and neighbors all screaming stop as well. Realizing his actions, he then stops around the corner and Edrick told him he was calling the police and Julius Sims said he was calling too.(See Exhibit 2) They both called the police at the same time. (see Exhibit 1) Edrick then called Esmeralda Chavez back and informed her of the current situation and that police were called. The police arrived at 10:25am.(see Exhibit 1) They both informed the police of the situation and after hearing both sides the police told him to release the vehicle. Finally after a total of 5 hours of inhaling diesel fumes Julius Sims releases the vehicle. The aforementioned conduct by The Car Source dba Hide And Seek, by and through Julius Sims the Repossession Agent, constituted a "breach of the peace" in

violation of Tex. Bus. & Com. Code §9-609(b)(2). As a result of said breach of the peace, Defendants did not have a present right to take possession of the vehicle.


Response to The Carsources IV. ARGUMENT AND AUTHORITIES

**A. The Statute of Limitations Bar Plaintiff's Claims Except TDCA, and Equitable Tolling Does Not Apply Here**

**Response.** This Defense has a;ready been ruled on by this court. See Doc 24. Further, The Cars source provides no new arguments that merits a change of the previous ruling. The arguments The Car source does provide only showed one reason for the statute of limitations to be equitably tolled, plaintiff has provided multiple. Plaintiff would also like to state that it has now been realized that any victims of wrongful repossessions, fraudulent installment contracts from spot deliveries and yoyo sales will more than likely never get their valid claim heard before the courts properly if you go online contacting any of the consumer rights attorneys. It is now clear to Plaintiff that these Advertised Consumer rights attorneys telling victims to contact them are strategically placed by these finance corporations. Once you hire any of these attorneys, they will cooperate with the corporations to make sure your case will not be filed altogether, or have it dismissed by some technical issue during discovery. If a victim does not file Pro-se, they will never get their claim heard. Plaintiffs research of similar claims

like mine shows that this is some kind of ring which causes all these types of claims to get dismissed. Plaintiff is intelligent enough to understand that a lot of people have stock in companies like CIG Financial LLC and this causes cheeks to be turned the other way when violations occur and rulings in their favor.

**B. Defendant is Entitled to Summary Judgment on Plaintiff's TDCA claim or any other basis for damages the Plaintiff has alleged.**

**1. Plaintiff Cannot Demonstrate Actual Damages Under the TDCA**

**2. Plaintiff's Failure to Timely Respond to Requests for Admissions and other Discovery Preclude His Damages Claims.**

**Response.** The Car Sources claim that Plaintiff did not submit Discovery responses to them was a shock to Plaintiff when he knew perfectly well that they were sent. Once Plaintiff saw that his response was erased from his email and his computer, Plaintiff knew then that my computer had been hacked. I not only remember sending it but also double checking. To add if The Car Source did not File a motion to compel when they realized I did not send a discovery response. By virtue of failing to address a discovery violation when the movant first learns of the issue, a party risks waiving the issue. United States v. Stinson, No. 6:14-cv-1534-Orl-22 TBS, 2016 WL 8488241, at *5 (M.D. Fla. Nov. 22, 2016); see also Coleman, 2015

WL 2449585, at *8 ("[W]aiver principles apply in the discovery context just as they do in other aspects of litigation.") (citations omitted).

The Car source never mentioned at the Discovery deadline that the response was not sent. This was a tactical move to abuse the discovery process.

Furthermore. The Plaintiff's computer was hacked by defendants. Exhibits 3-13 show how they Used Steno with a link that sent me to a page with the malware link saying an account was created. See Exhibit 3. Exhibit 4 shows me being alerted that steno is phishing. Exhibit 5 now shows the link that was there when the first email is no longer available. Exhibit 8 shows a foreign site that alerts about Microsoft Exchange being hacked and what to look for. Exhibit 6 shows my sign ins on my microsoft account and shows my account being signed in through an sso which is a remote single sign on. Exhibit 7 shows me alerting the school that my email account was hacked through some sso. Exhibit 9 shows the Github codes used to hack into Microsoft accounts, it takes multiple contributors but it can be done. Exhibit 10 show and malicious google update September 18, 2023 that has now been removed once I let them know that I know I was hacked.Exhibit 11 shows my computer is executing remote commands from a remote computer. Exhibit 12 shows that if anything is deleted from my pc somehow it is deleted everywhere. Exhibit 13 shows that the hacker activated something called Hello business remotely on my computer. All this proves Plaintiff was hacked.

CONCLUSION

For these reasons, Plaintiff Edrick Fuller, respectfully requests the Court to deny

Defendants The Car Sources Motion for summary judgment.

Respectfully submitted,
s/ Edrick Fuller
Edrick Fuller
1906 Berwick
Dallas, Tx 75203
214-941-1125
edricfuller@my.untdallas.edu

CERTIFICATE OF SERVICE

I hereby certify that on December 04, 2023, electronically filed this document with the U.S. District Court for the Northern District of Texas and, through the electronic filing system, a copy of the foregoing document was served on the following counsel and parties of record:

Farrah I. Ahmed
State Bar No. 24071934
fahmed@thompsoncoe.com
700 N. Pearl Street, 25th Floor
Plaza of the Americas
Dallas, Texas 75201
Telephone: (214) 871-8200
106 Ex. A at ¶ 22 (App. 3); Ex. A-2 (App. 12-13).30
Facsimile: (214) 871-8209
ATTORNEY FOR DEFENDANT
CIG FINANCIAL LLC

Hessam Parzivand
The Parzivand Law Firm, PLLC
10701 Corporate Dr., Suite 185
Stafford, Texas 77477
Email: hp@parzfirm.com
Attorney for Defendant The Car Source LLC
/s/Farrah Ahmed
Farrah I. Ahmed, Esq.

/s/Edrick Fuller
Edrick Fuller

## Exhibit 1

# Incident Detail Report

Data Source: **Data Warehouse**
Incident Status: **Closed**
Incident number: **19-2456144**
Case Numbers:
Incident Date: **12/31/2019 09:55:04**
Report Generated: **8/13/2020 09:11:19**

### Incident Information

| | | | |
|---|---|---|---|
| Incident Type: | 2Man | Alarm Level: | |
| Priority: | 2 - Urgent | Problem: | 6X - Major Dist (Violence) |
| Determinant: | | Agency: | Police |
| Base Response#: | 12312019-0233349 | Jurisdiction: | Dallas Police |
| Confirmation#: | | Division: | South Central |
| Taken By: | Jones, Kichu L | Battalion: | 710 |
| Response Area: | 714 | Response Plan: | CH7 - 2MAN |
| Disposition: | NP - No Police Action | Command Ch: | |
| Cancel Reason: | | Primary TAC: | |
| Incident Status: | Closed | Secondary TAC: | |
| Certification: | P-Patrol | Delay Reason (if any): | |
| Longitude: | 96798016 | Latitude: | 32725928 |

### Incident Location

| | | | |
|---|---|---|---|
| Location Name: | | County: | DALLAS |
| Address: | Sussex Ave / Berwick Ave | Location Type: | |
| Apartment: | | Cross Street: | |
| Building: | | Map Reference: | 55-Q |
| City, State, Zip: | Dallas TX 75203 | | |

### Call Receipt

| | | | |
|---|---|---|---|
| Caller Name: | SIMS, JULIUS | | |
| Method Received: | | Call Back Phone: | 214 515 2189 |
| Caller Type: | | Caller Location: | |

### Time Stamps

| Description | Date | Time | User | | Elapsed Times Description | Time |
|---|---|---|---|---|---|---|
| Phone Pickup | 12/31/2019 | 09:54:30 | | | | |
| 1st Key Stroke | 12/31/2019 | 09:54:31 | | | Received to In Queue | 00:00:54 |
| In Waiting Queue | 12/31/2019 | 09:55:58 | | | Call Taking | 00:03:43 |
| Call Taking Complete | 12/31/2019 | 09:58:47 | Jones, Kichu L | | In Queue to 1st Assign | 00:11:16 |
| 1st Unit Assigned | 12/31/2019 | 10:07:14 | | | Call Received to 1st Assign | 00:12:44 |
| 1st Unit Enroute | 12/31/2019 | 10:07:18 | | | Assigned to 1st Enroute | 00:00:04.0 |
| 1st Unit Arrived | 12/31/2019 | 10:25:51 | | | Enroute to 1st Arrived | 00:18:33 |
| Closed | 12/31/2019 | 10:59:41 | Mobile1 | | Incident Duration | 01:05:11 |

### Resources Assigned

| Unit | Primary Flag | Assigned | Disposition | Enroute | Staged | Arrived | At Patient | Delay Avail Complete | Odm. Enroute | Odm. Arrived | Cancel Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|
| B728 | Y | 10:07:14 | NP - No Police Action | 10:07:18 | | 10:25:51 | | 10:59:41 | | | |

### Personnel Assigned

| Unit | Name |
|---|---|
| B728 | Pottorff, Michael S (6962); Pouncy, JaTerious D (11596) |

### Pre-Scheduled Information
**No Pre-Scheduled Information**

8/17/23, 12:02 PM                mail-attachment.googleusercontent.com/attachment/u/0/?ui=2&ik=36cfa14413&attid=0.1&permmsgid=msg-a:r-3163506547366631767&th=17449053d73d1440&view=att&disp=inli...

Transports
**No Transports Information**

Transport Legs
**No Transports Information**

Comments

| Date | Time | User | Type | Conf. | Comments |
|------|------|------|------|-------|----------|
| 12/31/2019 | 09:54:30 | SYS | Response | | [3] [Appended, 09:56:20] [1] A matching ANI/ALI was received - possible Phase 2 update |
| 12/31/2019 | 09:55:09 | 118000 | Response | | [1] DIST OVER REPO |
| 12/31/2019 | 09:55:58 | 118000 | Response | | [2] COMP IS IN TOW TRUCK AND SUSP BM POSS LONG HAIR LSW GRY HOODIE JUMPED IN A 2013 SILVER FORD F150 THAT COMP WAS TAKING |
| 12/31/2019 | 09:56:20 | 029921 | Response | | [4] Duplicate call appended to incident at 09:56:20 |
| 12/31/2019 | 09:56:22 | 118000 | Response | | [5] UNK WPNS, AMB REF |
| 12/31/2019 | 09:56:27 | 118000 | Response | | [6] NFI+ |
| 12/31/2019 | 10:00:04 | 029921 | Response | | [7] from 1906 Berwick, owner of veh (fuller,mr) was asleep in 2013 Ford Pu & repo driver hooded up veh and towed off from drive way of home, comp still inside of his veh and drove down the street when caller yelled out at comp 214 734 9038 |
| 12/31/2019 | 10:01:27 | 029921 | Response | | [8] no wpns |
| 12/31/2019 | 10:01:32 | 126727 | Response | | [9] comments reviewed by 911 Supervisor Banks |
| 12/31/2019 | 10:05:19 | 104632 | Response | | [10] B730 ADV EXP CALL |
| | | | | | [11] DLX1.25087.JPR1444. |
| 12/31/2019 | 10:26:37 | Pouncy, JaTerious D | Response | | 73974338<br>REG.TXMVDW000.DLX1.<br>TXT<br>LIC LWT5988 EXPIRES FEB/20 EWT 5100 GWT 6100<br>PASSENGER-TRUCK PLT, STKR REG CLASS 03 $ 78.00<br>TITLE 22039643537153902 ISSUED 03/23/19 ODOMETER 127736<br>13 FORD PK 1FTFX1CF0DFA46085 TRK<=1 COLOR: SIL COMM IMPED: N<br>PREV TTL: JUR TX TTL # 28695343159005169 ISSUE 03/03/2018<br>PREVIOUS OWNER JENO AUTOPLEX,FORT WORTH,TX<br>OWNER EDRICK FULLER,ID#=N/A,<br>1906 BERWICK,,DALLAS,TX 75203<br>LIEN 01/09/19 CIG FINANCIAL,PO BOX 19795,IRVINE,CA 92623<br>PLATE AGE: 0<br>REMARKS ACTUAL MILEAGE.DATE OF ASSIGNMENT:2019/01/09.E-TITLE.<br>MRI: 73974338 IN: MVDWS 61464 AT 31DEC2019 10:26:15<br>OUT: DLX1 7385 AT 31DEC2019 10:26:15 |
| 12/31/2019 | 10:36:23 | Pouncy, JaTerious D | Response | | [12] OWNER OF VEH:<br><br>DLX1.25169.JPR1444.<br><br>73897175<br>KR.TXOLN0000.DLX1.<br>TXT<br>SEARCH ON 05359724<br>NAME: FULLER, EDRICK, PAUL<br>DESCRIPTION: BLACK\MALE\1112198016-02\240\BLACK\BROWN<br>SEX OFF: N COMM IMPED: N ORGAN DONOR: N VISA EXP:<br>PHYSICAL ADD: 1906 BERWICK AVE<br>CII/CO/ST/ZIP: DALLAS,DALLAS,TEXAS,75203-4306, UNITED STATES<br>MAILING ADD: 1906 BERWICK AVE<br>CII/ST/ZIP: DALLAS,TEXAS,75203-4306, UNITED STATES<br>REC STATUS: ELIGIBLE<br>ADMIN STATUS:<br>CARD STATUS: |

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  | HME THR ASMT: EXP:<br>CARD TYPE: DL #: 44608493 CLASS: C TYPE: DL EXPIR DATE: 11122025<br>CARD TYPE: ID #: 05359724 EXPIR DATE: 11122023<br>RESTRICTIONS: A WITH CORRECTIVE LENSES<br>ENDORSEMENTS: |
| 12/31/2019 | 10:53:39 | Pouncy, JaTerious D | Response | ENFORC ACTN: SUSPENDED - SURCHARGE DUE NO INS<br>STATUS: LIFTED BEGIN DT: 05132013 END DT: 12319999 LIFT DT: 04292019 STATE: TX<br>[13] WRECKER DRIVER:<br>74038047<br>KR.TXOLN0000.DLX1.<br>TXT<br>SEARCH ON 20052041<br>NAME: SIMS, JULIUS, TYRONE-T<br>DESCRIPTION: BLACKMALEV062719756-04\280\BLACKBROWN<br>SEX OFF: N COMM IMPED: N ORGAN DONOR: N VISA EXP:<br>PHYSICAL ADD: 7117 CANYON RIDGE DR<br>CI/CO/ST/ZIP: DALLAS,DALLAS,TEXAS,75227-0000, UNITED STATES<br>MAILING ADD: 7117 CANYON RIDGE DR<br>CI/ST/ZIP: DALLAS,TEXAS,75227-0000, UNITED STATES<br>REC STATUS: ELIGIBLE<br>ADMIN STATUS:<br>CARD STATUS:<br>HME THR ASMT: EXP:<br>CARD TYPE: DL #: 20052041 CLASS: C TYPE: DL EXPIR DATE: 06272025<br>RESTRICTIONS:<br>ENDORSEMENTS: |
| 12/31/2019 | 10:57:27 | Pouncy, JaTerious D | Response | **** DRIVER RECORD INFORMATION IS PERSONAL INFORMATION PROTECTED UNDER THE<br>[14] MR. SIMS WAS REPOYING MR. FULLER'S 2013 FORD F150 PICKUP TRUCK. MR. FULLER<br>REFUSED TO GET OUT OF THE TRUCK WHICH CAUSED A DISTURBANCE. THE MATTER WAS<br>DETERMINED TO BE A CIVIL MATTER. R/OS ADVISED MR. SIMS OF THE DPD GENERAL ORDERS<br>AND WAS ADVISED TO DROP THE TRUCK AND PICK IT UP AT A LATER TIME. BOTH PARTIES LEFT<br>THE LOCATION WITHOUT INCIDENT. |

Address Changes
**No Address Changes**

Priority Changes
**No Priority Changes**

Alarm Level Changes
**No Alarm Level Changes**

Activity Log

| Date | Time | Radio | Activity | Location | Log Entry | User |
|---|---|---|---|---|---|---|
| 12/31/2019 | 09:55:02 | | Sector Change | | From Sector No Sector to Sector 911OPER | 118000 |
| 12/31/2019 | 09:55:05 | | Sector Change | | From Sector No Sector to Sector CH7 | 118000 |
| 12/31/2019 | 09:55:05 | | Sector Change | | From Sector No Sector to Sector CH7 | 118000 |
| 12/31/2019 | 09:55:05 | | Incident Priority Change | | Incident priority changed from <none> to 2 - Urgent | 118000 |
| 12/31/2019 | 09:55:58 | | Incident in Waiting Queue | | | |
| 12/31/2019 | 09:55:59 | | Waiting Pending Incident Time Warning | | Waiting Pending Incident Time Warning timer expired | |
| 12/31/2019 | 09:56:03 | | Remove Waiting Pending Incident Warning | | Removing Waiting Pending Incident Time Warning timer expired | |
| 12/31/2019 | 09:56:04 | | Incident in Waiting Queue Timer Clear | | | |
| 12/31/2019 | 09:56:20 | | Duplicate Call Warning | | Duplicate Call Warning - New call appended to incident | 029921 |
| 12/31/2019 | 09:57:19 | | Read Incident | | Incident 918 was Marked as Read. | 104632 |
| 12/31/2019 | 09:57:19 | | Read Comment | | Comment for Incident 918 was Marked as Read. | 104632 |

| Date | Time | | Field | | Changed From | Changed To | Reason | | Table | Workstation | User |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/31/2019 | 09:57:28 | | UserAction | | | | User clicked Exit/Save | | | | 104632 |
| 12/31/2019 | 09:58:47 | | UserAction | | | | User clicked Exit/Save | | | | 118000 |
| 12/31/2019 | 09:58:58 | | Pending Incident Time Warning | | | | Pending Incident Time Warning timer expired | | | | |
| 12/31/2019 | 09:58:58 | | Incident Late | | | | | | | | |
| 12/31/2019 | 10:00:08 | | UserAction | | | | User clicked Exit/Save | | | | 104632 |
| 12/31/2019 | 10:00:15 | | Read Comment | | | | Comment for Incident 918 was Marked as Read. | | | | 104632 |
| 12/31/2019 | 10:01:15 | | UserAction | | | | User clicked Exit/Save | | | | 104632 |
| 12/31/2019 | 10:01:25 | | UserAction | | | | User clicked Exit/Save | | | | 029921 |
| 12/31/2019 | 10:01:33 | | UserAction | | | | User clicked Exit/Save | | | | 126727 |
| 12/31/2019 | 10:03:08 | | Read Comment | | | | Comment for Incident 918 was Marked as Read. | | | | 104632 |
| 12/31/2019 | 10:03:50 | | UserAction | | | | User clicked Exit/Save | | | | 104632 |
| 12/31/2019 | 10:07:14 | B728 | Assgn | | | Sussex Ave / Berwick Ave | Response Number (12312019-0233349) | | | | 104632 |
| 12/31/2019 | 10:07:15 | | Incident Timer Clear | | | | Incident Timer Cleared | | | | |
| 12/31/2019 | 10:07:18 | B728 | Enr | | | Sussex Ave / Berwick Ave | Responding From = W PENTAGON PKY\S TYLER ST | | | | B728 |
| 12/31/2019 | 10:08:19 | | UserAction | | | | User clicked Exit/Save | | | | 104632 |
| 12/31/2019 | 10:14:42 | B728 | interface:mct/mdt/mst | | | | B728: Record check query data: Query Type: Vehicle Check.. Query Criteria: incidentid 36714918, lic KWS8382, state TX, chklong 1, | | | INT |
| 12/31/2019 | 10:14:42 | | License Plate | | | Sussex Ave / Berwick Ave | Plate Number KWS8382 has been added. | | | | APCAD110MSOS |
| 12/31/2019 | 10:25:51 | B728 | At Scene | | | Sussex Ave / Berwick Ave | | | | | VisiNET |
| 12/31/2019 | 10:26:21 | B728 | interface:mct/mdt/mst | | | | B728: Record check query data: Query Type: Vehicle Check.. Query Criteria: incidentid 36714918, lic LWT5988, state TX, chklong 1, | | | INT |
| 12/31/2019 | 10:26:21 | | License Plate | | | Sussex Ave / Berwick Ave | Plate Number LWT5988 has been added. | | | | APCAD112MSOS |
| 12/31/2019 | 10:34:55 | B728 | interface:mct/mdt/mst | | | | B728: Record check query data: Query Type: Person Check.. Query Criteria: incidentid 36714918, lastname FULLER, firstname ERDRIC, dob 11121980, sex M, race B, state TX, | | | INT |
| 12/31/2019 | 10:35:48 | B728 | interface:mct/mdt/mst | | | | B728: Record check query data: Query Type: Person Check.. Query Criteria: incidentid 36714918, dlnumber 05359724, state TX, | | | INT |
| 12/31/2019 | 10:36:54 | B728 | interface:mct/mdt/mst | | | | B728: Record check query data: Query Type: Person Check.. Query Criteria: incidentid 36714918, lastname SIMS, firstname JULIUS, dob 08271975, sex M, race B, state TX, | | | INT |
| 12/31/2019 | 10:40:34 | B728 | interface:mct/mdt/mst | | | | B728: Record check query data: Query Type: Person Check.. Query Criteria: incidentid 36714918, lastname SIMS, firstname JULIUS, dob 08271975, sex M, race B, state TX, | | | INT |
| 12/31/2019 | 10:53:01 | B728 | interface:mct/mdt/mst | | | | B728: Record check query data: Query Type: Person Check.. Query Criteria: incidentid 36714918, dlnumber 20052041, state TX, | | | INT |
| 12/31/2019 | 10:59:41 | B728 | Disposition | | | Sussex Ave / Berwick Ave | NP - No Police Action | | | | B728 |
| 12/31/2019 | 10:59:41 | B728 | Clear | | | Sussex Ave / Berwick Ave | | | | | B728 |
| 12/31/2019 | 10:59:42 | B728 | Response Closed | | | Sussex Ave / Berwick Ave | Response Disposition: NP - No Police Action | | | | B728 |

Edit Log

| Date | Time | Field | Changed From | Changed To | Reason | Table | Workstation | User |
|---|---|---|---|---|---|---|---|---|
| 12/31/2019 | 09:55:01 | Address | SU/ BERW | SUSSEX AVE / BERWICK AVE | Entry Verified | Response_Master_Incident | CAD911CT334 | 118000 |
| 12/31/2019 | 09:55:01 | Latitude | 0 | 32725928 | Entry Verified | Response_Master_Incident | CAD911CT334 | 118000 |
| 12/31/2019 | 09:55:01 | Longitude | 0 | 96798016 | Entry Verified | Response_Master_Incident | CAD911CT334 | 118000 |
| 12/31/2019 | 09:55:01 | Address | (Blank) | SU/ BERW | New Entry | Response_Master_Incident | CAD911CT334 | 118000 |
| 12/31/2019 | 09:55:02 | Jurisdiction | | 911 | (Response Viewer) | Response_Master_Incident | CAD911CT334 | 118000 |
| 12/31/2019 | 09:55:02 | Division | | 911 | (Response Viewer) | Response_Master_Incident | CAD911CT334 | 118000 |
| 12/31/2019 | 09:55:02 | Battalion | | 911 | (Response Viewer) | Response_Master_Incident | CAD911CT334 | 118000 |
| 12/31/2019 | 09:55:02 | Response_Area | | 714 | (Response Viewer) | Response_Master_Incident | CAD911CT334 | 118000 |
| 12/31/2019 | 09:55:02 | ResponsePlanType 0 | | 0 | (Response Viewer) | Response_Master_Incident | CAD911CT334 | 118000 |
| 12/31/2019 | 09:55:05 | Jurisdiction | | Dallas Police | (Response Viewer) | Response_Master_Incident | CAD911CT334 | 118000 |
| 12/31/2019 | 09:55:05 | Division | | South Central | (Response Viewer) | Response_Master_Incident | CAD911CT334 | 118000 |
| 12/31/2019 | 09:55:05 | Battalion | | 710 | (Response Viewer) | Response_Master_Incident | CAD911CT334 | 118000 |
| 12/31/2019 | 09:55:05 | Response_Area | | 714 | (Response Viewer) | Response_Master_Incident | CAD911CT334 | 118000 |
| 12/31/2019 | 09:55:05 | ResponsePlanType 0 | | 0 | (Response Viewer) | Response_Master_Incident | CAD911CT334 | 118000 |
| 12/31/2019 | 09:55:05 | Jurisdiction | | Dallas Police | (Response Viewer) | Response_Master_Incident | CAD911CT334 | 118000 |
| 12/31/2019 | 09:55:05 | Division | | South Central | (Response Viewer) | Response_Master_Incident | CAD911CT334 | 118000 |

8/17/23, 12:02 PM          mail-attachment.googleusercontent.com/attachment/u/0/?ui=2&ik=36cfa14413&attid=0.1&permmsgid=msg-a:r-3163506547366631767&th=17449053d73d1440&view=att&disp=inli...

# Incident Detail Report

Data Source: **Data Warehouse**
Incident Status: **Closed**
Incident number: **19-2456144**
Case Numbers:
Incident Date: **12/31/2019 09:55:04**
Report Generated: **8/13/2020 09:11:19**

### Incident Information

| | | | |
|---|---|---|---|
| **Incident Type:** | 2Man | **Alarm Level:** | |
| **Priority:** | 2 - Urgent | **Problem:** | 6X - Major Dist (Violence) |
| **Determinant:** | | **Agency:** | Police |
| **Base Response#:** | 12312019-0233349 | **Jurisdiction:** | Dallas Police |
| **Confirmation#:** | | **Division:** | South Central |
| **Taken By:** | Jones, Kichu L | **Battalion:** | 710 |
| **Response Area:** | 714 | **Response Plan:** | CH7 - 2MAN |
| **Disposition:** | NP - No Police Action | **Command Ch:** | |
| **Cancel Reason:** | | **Primary TAC:** | |
| **Incident Status:** | Closed | **Secondary TAC:** | |
| **Certification:** | P-Patrol | **Delay Reason (if any):** | |
| **Longitude:** | 96798016 | **Latitude:** | 32725928 |

### Incident Location

| | | | |
|---|---|---|---|
| **Location Name:** | | **County:** | DALLAS |
| **Address:** | Sussex Ave / Berwick Ave | **Location Type:** | |
| **Apartment:** | | **Cross Street:** | |
| **Building:** | | **Map Reference:** | 55-Q |
| **City, State, Zip:** | Dallas TX 75203 | | |

### Call Receipt

| | | | |
|---|---|---|---|
| **Caller Name:** | SIMS, JULIUS | | |
| **Method Received:** | | **Call Back Phone:** | 214 515 2189 |
| **Caller Type:** | | **Caller Location:** | |

### Time Stamps

| Description | Date | Time | User | | Elapsed Times Description | | Time |
|---|---|---|---|---|---|---|---|
| **Phone Pickup** | 12/31/2019 | 09:54:30 | | | | | |
| **1st Key Stroke** | 12/31/2019 | 09:54:31 | | | **Received to In Queue** | | 00:00:54 |
| **In Waiting Queue** | 12/31/2019 | 09:55:58 | | | **Call Taking** | | 00:03:43 |
| **Call Taking Complete** | 12/31/2019 | 09:58:47 | Jones, Kichu L | | **In Queue to 1st Assign** | | 00:11:16 |
| **1st Unit Assigned** | 12/31/2019 | 10:07:14 | | | **Call Received to 1st Assign** | | 00:12:44 |
| **1st Unit Enroute** | 12/31/2019 | 10:07:18 | | | **Assigned to 1st Enroute** | | 00:00:04.0 |
| **1st Unit Arrived** | 12/31/2019 | 10:25:51 | | | **Enroute to 1st Arrived** | | 00:18:33 |
| **Closed** | 12/31/2019 | 10:59:41 | Mobile1 | | **Incident Duration** | | 01:05:11 |

### Resources Assigned

| Unit | Primary Flag | Assigned | Disposition | Enroute | Staged | Arrived | At Patient | Delay Avail | Complete | Odm. Enroute | Odm. Arrived | Cancel Reason |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B728 | Y | 10:07:14 | NP - No Police Action | 10:07:18 | | 10:25:51 | | | 10:59:41 | | | |

### Personnel Assigned

| Unit | Name |
|---|---|
| B728 | Pottorff, Michael S (6962); Pouncy, JaTerious D (11596) |

### Pre-Scheduled Information
**No Pre-Scheduled Information**

https://mail-attachment.googleusercontent.com/attachment/u/0/?ui=2&ik=36cfa14413&attid=0.1&permmsgid=msg-a:r-3163506547366631767&th=17449053d73d1440&view=att&disp=inline&realattid=1...     1/5

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 12/31/2019 | 09:55:05 | Battalion | | 710 | (Response Viewer) | Response_Master_Incident | CAD911CT334 | 118000 |
| 12/31/2019 | 09:55:05 | Response_Area | | 714 | (Response Viewer) | Response_Master_Incident | CAD911CT334 | 118000 |
| 12/31/2019 | 09:55:05 | ResponsePlanType 0 | | 0 | (Response Viewer) | Response_Master_Incident | CAD911CT334 | 118000 |
| 12/31/2019 | 09:55:05 | Problem | | 6X - Major Dist (Violence) | (Response Viewer) | Response_Master_Incident | CAD911CT334 | 118000 |
| 12/31/2019 | 09:55:05 | Response_Plan | | CH7 - 2MAN | (Response Viewer) | Response_Master_Incident | CAD911CT334 | 118000 |
| 12/31/2019 | 09:55:05 | DispatchLevel | | Default | (Response Viewer) | Response_Master_Incident | CAD911CT334 | 118000 |
| 12/31/2019 | 09:55:05 | ResponsePlanType 0 | | 1 | (Response Viewer) | Response_Master_Incident | CAD911CT334 | 118000 |
| 12/31/2019 | 09:55:05 | Priority_Description | | 2 - Urgent | | Response_Master_Incident | CAD911CT334 | 118000 |
| 12/31/2019 | 09:55:05 | Priority_Number    0 | | 2 | | Response_Master_Incident | CAD911CT334 | 118000 |
| 12/31/2019 | 09:55:05 | Incident_Type | | 2Man | (Response Viewer) | Response_Master_Incident | CAD911CT334 | 118000 |
| 12/31/2019 | 09:55:05 | Certification_Level | | P-Patrol | (Response Viewer) | Response_Master_Incident | CAD911CT334 | 118000 |
| 12/31/2019 | 09:55:59 | Pickup_Map_Info | | 55-Q | | Response_Transports | | CAD911CT334 | 118000 |
| 12/31/2019 | 09:55:59 | Map_Info | | 55-Q | | Response_Master_Incident | CAD911CT334 | 118000 |
| 12/31/2019 | 09:55:59 | Caller_Building | | 4183 | Polygon Lookup | Response_Master_Incident | CAD911CT334 | 118000 |
| 12/31/2019 | 09:56:05 | Call_Back_Phone | | 214 515 2189 | (Response Viewer) | Response_Master_Incident | CAD911CT334 | 118000 |
| 12/31/2019 | 09:56:11 | Caller_Name | | SIMS, JULIUS | (Response Viewer) | Response_Master_Incident | CAD911CT334 | 118000 |
| 12/31/2019 | 09:57:19 | Read Call | False | True | (Response Viewer) | Response_Master_Incident | CADDPDPCH07104632 |
| 12/31/2019 | 09:57:19 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | CADDPDPCH07104632 |
| 12/31/2019 | 10:00:15 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | CADDPDPCH07104632 |
| 12/31/2019 | 10:03:08 | Read Comment | False | True | (Response Viewer) | Response_Master_Incident | CADDPDPCH07104632 |

Custom Time Stamps
**No Custom Time Stamps**

Custom Data Fields
**No Custom Data Fields**

Attachments
**No Attachment**

.

Exhibit 2



Exhibit 3



11/21/23, 1:16 PM                                    Mail - Fuller, Edrick - Outlook

[EXT] Steno has invited you to your Steno dashboard

Steno <concierge@steno.com>
Wed 8/30/2023 6:41 PM
To:Fuller, Edrick <EdrickFuller@my.untdallas.edu>

You don't often get email from concierge@steno.com. Learn why this is important

## Welcome

Hi Edrick,

A Steno Firm Dashboard account has been created for you! You can access it by
pressing the "My dashboard" button below:

My dashboard

Your Steno Firm Dashboard will allow you to:

☐ Book and manage jobs by case

☐ Pay and download invoices

☐ Access files from previous jobs including transcripts and videos

Additionally, please respond to this email if you would like to be an Admin for your
Firm Dashboard. Admins can:

https://outlook.office365.com/mail/inbox/id/AAQkADk5NiBhM2RhLWU0MWQtNDE0OS1hOTVLWU0ZWI0ZiEwMDNiYwAQAJNedvXz1aRDvuSGoXJoK%2BY%3D                    1/2

Mail - Fuller, Edrick - Outlook

- Invite people to your Firm Dashboard
- Disable user accounts
- View all users associated with your firm

Learn more about the Admin feature »

Thank you,
Steno Team

If you're having trouble clicking the "My dashboard" button, please copy and paste the URL below
into your browser:

https://steno.com/account/create?token=43p3uttuf72fn0ir3h1uohwxtv6qbj

Steno Agency, Inc.
315 W 9th St., Suite 807, Los Angeles, CA 90015

NV: Firm #108F

Exhibit 4



11/21/23, 1:18 PM                                                        Mail - Fuller, Edrick - Outlook

**[EXT] Transcript Notice for the deposition of EDRICK PAUL FULLER in the matter of FULLER V CIG FINANCIAL, LLC, et al taken on August 22, 2023 (Job 681679)**

Steno <concierge@steno.com>
Thu 9/7/2023 1:59 PM
To:Fuller, Edrick <EdrickFuller@my.untdallas.edu>

[You don't often get email from concierge@steno.com. Learn why this is important at https://aka.ms/LearnAboutSenderIdentification ]

Hi,

This is a courtesy notice to let you know we have finalized the materials for the deposition of EDRICK PAUL FULLER in the matter of FULLER V CIG FINANCIAL, LLC, et al taken on August 22, 2023. If you are interested in ordering a transcript, please let us know and we will get that order processed right away.

Steno is a green company and only prints on a case by case basis and only per request. If you should be in need of a physical transcript, please contact our production office at concierge@steno.com to discuss further.

Thank you,

Jessica
——
STENO
Scheduling and Production
888.707.8366
concierge@steno.com
NV: Firm #108F

https://outlook.office365.com/mail/inbox/id/AAQkADk5NjRhM2RhLWU0MWQtNDE0OS1hOTVkLWI0ZWI0ZjExMDNiYwAQAGwxXLhrnmGrRenLlOi%2Bc3q%3D                                    1/1

Exhibit 5



Exhibit 6





Exhibit 7

11/3/23, 12:56 PM                                                Mail - Fuller, Edrick - Outlook

Incident INC0366100 Opened for you : Email concerns

UNTSystem ServiceNow <UNTS.ServiceNow@untsystem.edu>
Fri 11/3/2023 12:01 PM
To:Fuller, Edrick <EdrickFuller@my.untdallas.edu>

UNT System Logos

**Incident:** **Link**
**Short description**: Email concerns
**Description**: Student is having major concerns about their student email. They've received a set of 3 emails from SSO on a different IP address, and they are worried their email may be hacked. They need to be reached out to (945) 210-6936.

**Priority**: 5 - Planning
**State**: New
**Category**:
**Assignment Group**: UNT Dallas Service Desk

**Comments**:

**2023-11-03 12:01:02 PM CDT - Jose Cazarez (jmc0937)**      Additional comments (to or for the Customer)
Student is having major concerns about their student email. They've received a set of 3
emails from SSO on a different IP address, and they are worried their email may be hacked. They need to be reached out at
(945) 210-6936.

Email Template: incident.ess.role

ITHelp @ UNT System

https://outlook.office365.com/mail/inbox/id/AAQkADk5NjBhM2RhLWU0MWQtNDE0OS1hOTVILWU0ZWI0ZjEwMDNiYwAQAOi0TKlyqJ9Ltn9pJkrljHk%3D                                          1/2

Exhibit 8



Exhibit 9



```
23    "e8e81c40-94d5-4ed6-89f2-9e5ec6c1e11e","MM_Reactions_PME_PROD","","GitHub"
24    "6f7e0f60-9401-4f5b-98e2-cf15bd5fd5e3","Microsoft Application Command Service","","GitHub"
25    "0ec893e0-5785-4de6-99da-4ed124e5296c","Office UWP PWA","","GitHub"
26    "9ba1a5c7-f17a-4de9-a1f1-6178c8d51223","Microsoft Intune Company Portal","","GitHub"
27    "cb1056e2-e479-49de-ae31-7812af012ed8","Microsoft Azure Active Directory Connect","","GitHub"
28    "a40d7d7d-59aa-447e-a655-679a4107e548","Accounts Control UI","","GitHub"
29    "b26aadf8-566f-4478-926f-589f601d9c74","OneDrive","","GitHub"
30    "17d5e35f-655b-4fb0-8ae6-86356e9a49f5","Office Online Maker SSO","","GitHub"
31    "de50c81f-5f80-4771-b66b-cebd28ccdfc1","Device Management Client","","GitHub"
32    "3e62f81e-590b-425b-9531-cad6683656cf","PowerApps - apps.powerapps.com","","GitHub"
33    "a8f7a65c-f5ba-4859-b2d6-df772c264e9d","make.powerapps.com","","GitHub"
34    "a672d62c-fc7b-4e81-a576-e60dc46e951d","Microsoft Power Query for Excel","","GitHub"
35    "7f67af8a-fedc-4b08-8b4e-37c4d127b6cf","Power BI Desktop","","GitHub"
36    "72782ba9-4490-4f03-8d82-562370ea3566","Office 365","","GitHub"
37    "065d9450-1e87-434e-ac2f-69af271549ed","Power Platform Admin Center","","GitHub"
38    "62916641-fc48-44ae-a2a3-163811f1c945","Message Header Analyzer","","GitHub"
39    "9758a0e2-7861-440f-b467-1823144e5b65","FindTime","","GitHub"
40    "6046742c-3aee-485e-a4ac-92ab7199db2e","Report Message","","GitHub"
```





```
12    "5a4eed13-c4c4-4b4c-9506-334ab200bf31","Office Online Search SSO","","GitHub"
13    "b23dd4db-9142-4734-867f-3577f640ad0c","Office Online Loki SSO","","GitHub"
14    "d7b530a4-7680-4c23-a8bf-c52c121d2e87","Microsoft Edge Enterprise New Tab Page","","GitHub"
15    "a81d90ac-aa75-4cf8-b14c-58bf348528fe","Microsoft Community v2","","GitHub"
16    "19db86c3-b2b9-44cc-b339-36da233a3be2","My Signins","","GitHub"
17    "38aa3b87-a06d-4817-b275-7a316988d93b","Windows Sign In","","GitHub"
18    "ecd6b820-32c2-49b6-98a6-444530e5a77a","Microsoft Edge","","GitHub"
19    "3ce44149-e365-40e4-9bb4-8c0ecb710fe6","Office Online Print SSO","","GitHub"
20    "0e90d0b8-039a-4936-a6f4-d25dd510be5d","Message Recall","","GitHub"
21    "4813382a-8fa7-425e-ab75-3b753aab3abb","Microsoft Authenticator App","","GitHub"
22    "2ddfbe71-ed12-4123-b99b-d5fc8a062a79","Microsoft Teams Admin Portal Service","","GitHub"
23    "e8e8fc40-94d5-4ed6-89f2-9e5ec6c1e11e","MM_Reactions_PME_PROD","","GitHub"
24    "6f7e0f60-9401-4f5b-98e2-cf15bd5fd5e3","Microsoft Application Command Service","","GitHub"
25    "0ec893e0-5785-4de6-99da-4ed124e5296c","Office UWP PWA","","GitHub"
26    "9ba1a5c7-f17a-4de9-a1f1-6178c8d51223","Microsoft Intune Company Portal","","GitHub"

27    "cb1056e2-e479-49de-ae31-7812af012ed8","Microsoft Azure Active Directory Connect","","GitHub"
28    "a40d7d7d-59aa-447e-a655-679a4107e548","Accounts Control UI","","GitHub"
29    "b26aadf8-566f-4478-926f-589f601d9c74","OneDrive","","GitHub"
30    "17d5e35f-655b-4fb0-8ae6-86356e9a49f5","Office Online Maker SSO","","GitHub"
31    "de50c81f-5f80-4771-b66b-cebd28ccdfc1","Device Management Client","","GitHub"
32    "3e62f81e-590b-425b-9531-cad6683656cf","PowerApps - apps.powerapps.com","","GitHub"
33    "a8f7a65c-f5ba-4859-b2d6-df772c264e9d","make.powerapps.com","","GitHub"
34    "a672d62c-fc7b-4e81-a576-e60dc46e951d","Microsoft Power Query for Excel","","GitHub"
35    "7f67af8a-fedc-4b08-8b4e-37c4d127b6cf","Power BI Desktop","","GitHub"
36    "72782ba9-4490-4f03-8d82-562370ea3566","Office 365","","GitHub"
37    "065d9450-1e87-434e-ac2f-69af271549ed","Power Platform Admin Center","","GitHub"
```

👤 Update OtherMicrosoftApps.csv                                                    3 months ago    🖹

```
38    "62916641-fc48-44ae-a2a3-163811f1c945","Message Header Analyzer","","GitHub"
39    "9758a0e2-7861-440f-b467-1823144e5b65","FindTime","","GitHub"
40    "6046742c-3aee-485e-a4ac-92ab7199db2e","Report Message","","GitHub"
```





Exhibit 10



Exhibit 11



Exhibit 12



Exhibit 13

