IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| EDRICK FULLER, | § |
| | § |
| Plaintiff, | § |
| | § Civil Action No. 3:22-CV-1289-D |
| VS. | § |
| | § |
| CIG FINANCIAL, LLC, et al., | § |
| | § |
| Defendants. | § |

## **JUDGMENT**

For the reasons set out in a memorandum opinion and order filed today, it is ordered and adjudged that the actions of plaintiff Edrick Fuller ("Fuller") against defendants CIG Financial, LLC ("CIG") and The Car Source, LLC d/b/a Hide and Seek Recovery ("Car Source") are dismissed with prejudice.

The taxable costs of court of CIG and Car Source, as calculated by the clerk of court, are assessed against Fuller.

Done at Dallas, Texas December 21, 2023.

_____
SIDNEY A. FITZWATER
SENIOR JUDGE