IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS,
DALLAS DIVISION

| | |
|---|---|
| EDRICK FULLER, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No.: 3-22-cv-1289-D |
| § | |
| CIG FINANCIAL, LLC, AND THE CAR § | |
| SOURCE, LLC d/b/a "HIDE AND SEEK § | |
| RECOVERY," § | |
| § | |
| Defendants. § | |

## Notice of Appeal

Notice is hereby given that Plaintiff Edrick Fuller appeals to the United States Court of Appeals for the Fifth Circuit from this court's Opinion and Order and Judgement of December 21, 2023 [ECF Nos. 70 & 71] granting Summary Judgements for Defendants in this matter, as well as all prior orders and decisions that merge into the Judgement, including the courts October 19, 2023 Memorandum Opinion and Order granting Motion for Protective Order filed by CIG Financial LLC, ECF No 53, and the courts and the court's reversal of Plaintiffs Equitable tolling demand that was granted during the court's Memorandum Opinion and Order denying 12(b)(6) MOTION to Dismiss filed by The Car Source LLC, ECF No 24.

Respectfully Submitted
s/ Edrick Fuller
Edrick Fuller
1906 Berwick
Dallas, Tx 75203
214-941-1125
edricfuller@my.untdallas.edu

CERTIFICATE OF SERVICE

I hereby certify that on January 20, 2024, I electronically filed this document with the U.S. District Court for the Northern District of Texas and, through the electronic filing system, a copy of the foregoing document was served on the following counsel and parties of record:

Farrah I. Ahmed
State Bar No. 24071934
fahmed@thompsoncoe.com
700 N. Pearl Street, 25th Floor
Plaza of the Americas
Dallas, Texas 75201
Telephone: (214) 871-8200
106 Ex. A at ¶ 22 (App. 3); Ex. A-2 (App. 12-13).30
Facsimile: (214) 871-8209
ATTORNEY FOR DEFENDANT
CIG FINANCIAL LLC

Hessam Parzivand
The Parzivand Law Firm, PLLC
10701 Corporate Dr., Suite 185
Stafford, Texas 77477
Email: hp@parzfirm.com
Attorney for Defendant The Car Source LLC
/s/Farrah Ahmed
Farrah I. Ahmed, Esq.

/s/Edrick Fuller
Edrick Fuller